Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Of Counsel
Kerr Robichaux & Carroll
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LORI SUE WELLS,<br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | 6:18-cv-01268-AC<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

After considering Plaintiff's Unopposed Motion, Plaintiff's Motion is hereby granted as follows: Merrill Schneider is allowed an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $27,258.75, to be paid out of the claimant's past-due benefits. Plaintiff's counsel shall refund the amount of $6,859.09 already received by counsel under the Equal Access to Justice Act.

Any funds withheld by the Commissioner in anticipation of an order under Section 406(b), less an administrative assessment pursuant to 42 US.C. 406(d), may be paid to Merrill Schneider, NW Disability benefits, LLC dba Kerr Robichaux & Carroll (TID 85-3999428),[1] PO Box 14490, Portland, OR 97293, consistent with this order. If, however, the Commissioner has

---

[1] Formerly known as Schneider Kerr & Robichaux.

not withheld past-due benefits sufficient to satisfy this order and Plaintiff's attorney reports he has been unable to collect the fee from the claimant, the Commissioner will satisfy this Order via the procedures in Program Operation Manual System (POMS) GN 03920.055.C.

Dated this __8th__ day of __June__, 2021.

_____
Judge John V. Acosta
United States Magistrate Judge